```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17934
    CHARLES N PARKER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-8860

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/01/2007 and was not confirmed.

      The case was dismissed without confirmation 01/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                                PAID        PAID
------------------------------------------------------------------------------

FREMONT INVESTMENT & LOA  CURRENT MORTG           .00            .00         .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE       12000.00           .00         .00
CAVALIER TELEPHONE        UNSECURED           NOT FILED          .00         .00
CHECK & GO                UNSECURED           NOT FILED          .00         .00
RESURGENT CAPITAL SERVIC  UNSECURED             823.61           .00         .00
GEMB/WALMART              UNSECURED           NOT FILED          .00         .00
HOUSEHOLD FINANCE CORPOR  UNSECURED            5820.37           .00         .00
LASALLE BANK              UNSECURED           NOT FILED          .00         .00
PEOPLES GAS LIGHT & COKE  UNSECURED            2264.73           .00         .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY             .00                        .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------       --------------
TOTALS                       .00                      .00




             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17934 CHARLES N PARKER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |